UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:12-CR-22-1D(4)

FILED IN OPEN COURT
ON 10-24-2012 eh
Julie _
US D... .. ....  ...erk
Eastern District of NC

IN RE:                              :
                                    :
TWO COUNT GRAND JURY                :   ORDER TO SEAL INDICTMENT
INDICTMENT OF OCTOBER 23, 2012      :

Upon motion of the United States, it is hereby ORDERED that the Indictment in the above-captioned case, returned by the Federal Grand Jury on October 23, 2012, be sealed.

It is FURTHER ORDERED that the Clerk may temporarily unseal the Indictment for the purposes of issuing an arrest warrant for the defendant and to **provide copies of the Indictment to the United States Attorney in a sealed envelope.**

It is FURTHER ORDERED that the Clerk unseal and publish the captioned Indictment upon motion of the United States Attorney or upon the expiration of thirty (30) days, whichever event occurs first.

This the  24  day of October, 2012.

_____
UNITED STATES MAGISTRATE JUDGE