UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. v. Gevon Quintel Owens**  Docket No. 2:12-CR-22-1D

### Petition for Action on Supervised Release

COMES NOW Lakesha H. Wright, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Gevon Quintel Owens, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute 280 Grams or More of Cocaine Base (Crack) and a Quantity of Cocaine, in violation of 21 U.S.C. § 846 and 21 U.S.C. § 841(b)(1)(A), was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge, on November 1, 2013, to the custody of the Bureau of Prisons for a term of 66 months. It was further ordered that upon release from imprisonment, the defendant be placed on supervised release for a period of 5 years.

Gevon Quintel Owens was released from custody on August 12, 2016, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

A urine specimen collected from Owens on December 28, 2016, was determined by the local laboratory to contain a traceable amount of marijuana. On January 25, 2017, when confronted with the results, the defendant admitted to the undersigned officer that he used marijuana on or about December 25, 2016, and on January 9, 2017. Owens also signed a written statement acknowledging his drug use. As sanctions for the defendant's conduct, we are respectfully recommending he be ordered to serve 3 days incarceration in the Bureau of Prisons and participate in the DROPS Program. Owens signed a Waiver of Hearing agreeing to the proposed modifications of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 3 days, as arranged by the probation office, and shall abide by all rules and regulations of the designated facility.

2. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days. The defendant shall begin at the Second Use level.

Gevon Quintel Owens
Docket No. 2:12-CR-22-1D
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Lakesha H. Wright
Lakesha H. Wright
U.S. Probation Officer
306 East Main Street, Room 306
Elizabeth City, NC 27909-7909
Phone: 252-335-5508
Executed On: January 31, 2017

### ORDER OF THE COURT

Considered and ordered this __1__ day of __February__, 2017, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
Chief U.S. District Judge